UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| GEORGE ANTHONY DiMAURO, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>BARACK HUSSEIN OBAMA, )<br>*President of the United States*, )<br>)<br>DEFENDANT | CIVIL NO. 2:14-CV-398-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 26, 2014, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Order on Motion to Proceed In Forma Pauperis and Recommended Dismissal. The plaintiff filed an objection to the Recommended Decision and requested oral argument on October 29, 2014. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to proceed *in forma pauperis* is **GRANTED**. His request for oral argument is **DENIED**. The action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**DATED THIS 30TH DAY OF OCTOBER, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**